CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

RINAT AKHMETSHIN
_____
Plaintiff(s)

vs.                                     Civil Action No.: __18-01638 (EGS)__

WILLIAM BROWDER
_____
Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

William Browder
Hermitage Capital Management
2-3 Golden Square
London, W1F 9HR
United Kingdom

by: (check one)    ☑ certified or registered mail, return receipt requested
                   ☐ DHL
                   ☐ Fed Ex

pursuant to the provisions of: (check one)
                   ☑ FRCP 4(f)(2)(C)(ii)
                   ☐ 28 U.S.C. § 1608(a)(3)
                   ☐ 28 U.S.C. § 1608(b)(3)(B)
                   ☐ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): __United Kingdom__, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

/s/ Michael W. Gibaldi
(Signature)

Michael W. Gibaldi
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004

(Name and Address)