CO 226
Rev. 6/2018

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

RINAT AKHMETSHIN

_____
                 Plaintiff(s)

vs.                                          Civil Action No.: 18-01638 (EGS)
WILLIAM BROWDER

_____
                 Defendant(s)

## AFFIDAVIT REQUESTING FOREIGN MAILING

I, the undersigned, counsel of record for plaintiff(s), hereby request that the Clerk mail a copy of the summons and complaint (and notice of suit, where applicable) to (list name(s) and address(es) of defendants):

WILLIAM BROWDER
HERMITAGE CAPITAL MANAGEMENT
ASPECT HOUSE
12 FINSBURY SQUARE
LONDON, EC2A 1AS
UNITED KINGDOM

by: (check one)
- ☑ certified or registered mail, return receipt requested
- ☐ DHL
- ☐ Fed Ex

pursuant to the provisions of: (check one)
- ☑ FRCP 4(f)(2)(C)(ii)
- ☐ 28 U.S.C. § 1608(a)(3)
- ☐ 28 U.S.C. § 1608(b)(3)(B)
- ☐ 28 U.S.C. § 1608(a)(4)

I certify that this method of service is authorized by the domestic law of (name of country): United Kingdom, and that I obtained this information by contacting the Overseas Citizens Services, U.S. Department of State.

                                                    /s/ Michael W. Gibaldi
                                                        (Signature)

Michael W. Gibaldi
Sher Tremonte LLP
90 Broad Street, 23rd Floor
New York, NY 10004

(Name and Address)