

**Registered No.**

Postage $  RA650616128US  $6.04

Extra Services & Fees
☐ Registered Mail $_____
☐ Return Receipt (hardcopy) $  $15.50
☐ Return Receipt (electronic) $  $0.00
☐ Restricted Delivery $0.00

Customer Must Declare Full Value
$          $0.00

**Date Stamp**

Extra Services & Fees (continued)
☐ Signature Confirmation $_____
☐ Signature Confirmation Restricted Delivery $_____

Total Postage & Fees $

Received by  $21.54
09/17/2018

Domestic insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse).

FRANCES PERKINS STATION
SEP 17 2018
WASHINGTON, DC 20210
0216
14

OFFICIAL USE

To Be Completed By Post Office

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

FROM
Kim Sperduto
Sperduto Thompson & Gassler PLC
1747 Pennsylvania Ave., NW, Ste 1250
Washington, D.C. 20006

TO
William Browder, Hermitage Capital Management
Aspect House  12 Finsbury Square
London, EC2A 1AS Northern Ireland
United Kingdom

PS Form **3806**, **Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com ®

Copy 1 - Customer
(See Information on Reverse)

---

FRANCES PERKINS
200 CONSTITUTION AVE NW
WASHINGTON
DC
20210-0002
1050140216
09/17/2018     (800)275-8777     3:19 PM

| Product Description | Sale Qty | Final Price |
|---|---|---|
| First-Class Intl Large Envelope (International) (Great Britain and Northern Ireland) (Weight:0 Lb 4.50 Oz) | 1 | $6.04 |
| Registered (Amount:$0.00) (USPS Registered Mail #) (RA650616128US) | 1 | $15.50 |
| Affixed Postage (Affixed Amount:$17.12) | 1 | ($17.12) |

| Item Description (Nature de l'envoi) | Registered ☐ Article (Envoi recommandé) | ☐ Letter (Lettre) | Printed ☐ Matter (Imprimé) | ☐ Other (Autre) | Recorded Delivery ☐ (Envoi à livraison attestée) | Express ☐ Mail International |
|---|---|---|---|---|---|---|
| Insured Parcel ☐ (Colis avec valeur déclarée) | Insured Value (Valeur déclarée) | | | Article Number | | |
| Office of Mailing (Bureau de dépôt) | | | | Date of Posting (Date de dépôt) | | |

WILLIAM BROWDER
HERMITAGE CAPITAL MANAGEMENT
ASPECT HOUSE
12 FINSBURY SQUARE
LONDON, EC2A 1AS
UNITED KINGDOM

This receipt must be signed by: (1) the addressee; or, (2) a person authorized to sign under the regulations of the country of destination; or, (3) if those regulations so provide, by the employee of the office of destination.  This signed form will be returned to the sender by the first mail.

(Cet avis doit être signé par le destinataire ou par une personne y autorisée en vertu des règlements du pays de destination, ou, si ces règlements le comportent, par l'agent du bureau de destination, et renvoyé par le premier courrier directement à expéditeur).

Postmark of the office of destination (Timbre du bureau de destination)

☐ The article mentioned above was duly delivered.
(L'envoi mentionné ci-dessus a été dûment livré.)

Date

Signature of Addressee (Signature du destinataire)

Office of Destination Employee Signature (Signature de l'agent du bureau du destination)

Completed by the office of origin. (A remplir par le bureau d'origine.)

Completed at destination. (A compléter à destination.)

PS Form **2865,** February 1997 (Reverse)



SPERDUTO
THOMPSON
& GASSLER PLC    1747 PENNSYLVANIA AVE, NW
SUITE 1250
WASHINGTON, DC 20006

William Browder
Hermitage Capital Management
Aspect House
12 Finsbury Square
London, EC2A 1AS
United Kingdom





ZIP 20001
02  1W
0001399957 SEP 17 20

U.S. POSTAGE ≫ PITNEY BO

$ 017.1