UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RINAT AKHMETSHIN**,<br><br>                  Plaintiff,<br><br>     v.<br><br>**WILLIAM BROWDER**,<br><br>                  Defendant. | Case No. 1:18-cv-01638-EGS |

**DECLARATION OF MELISSA SHUBE IN SUPPORT OF
DEFENDANT WILLIAM BROWDER'S MOTION TO DISMISS**

I, Melissa Shube, declare as follows:

1. I am an associate with the law firm Boies Schiller Flexner LLP and an attorney of record in this action for Defendant William Browder. I am a member of good standing of the District of Columbia Bar, and I am admitted to practice before this Court. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so, I would testify competently to them.

2. Attached hereto as **Exhibit A** is a true and correct copy of a snapshot of a Tweet posted by Mr. Browder (@Billbrowder) on July 14, 2017 at 5:00 a.m. that forms of the basis of one of the challenged statements. The Tweet is also available at https://mobile.twitter.com/Billbrowder/status/885831308487921668. On November 30, 2018, I clicked on a link embedded in the Tweet, which directed my browser to https://www.nbcnews.com/news/us-news/russian-lawyer-brought-ex-soviet-counter-intelligence-officer-trump-team-n782851, and which is a NBC News article by Ken Dilanian, Natasha

1

Lebedeva and Hallie Jackson entitled "Former Soviet Counterintelligence Officer at Meeting With Donald Trump Jr. and Russian Lawyer" and dated July 14, 2017.  Attached hereto is a true and correct copy of the NBC News article as retrieved on November 30, 2018.

3. Attached hereto as **Exhibit B** is a true and correct copy of a snapshot of a Tweet posted by Mr. Browder (@Billbrowder) on July 14, 2017 at 6:51 a.m. that forms of the basis of one of the challenged statements.  The Tweet is also available at https://twitter.com/Billbrowder/status/885859189440040963.  On November 29, 2018, I clicked on a link embedded in the Tweet, which directed my browser to https://apnews.com/dceed1008d8f45afb314aca65797762a, and which is an Associated Press article by Desmond Butler and Chad Day entitled "Russian-American lobbyist joined Trump's son's meeting, too" and dated July 14, 2017.  Attached hereto is a true and correct copy of the Associated Press article as retrieved on November 29, 2018.

4. Attached hereto as **Exhibit C** is a true and correct copy of the Business Insider article that forms the basis of one of the challenged statements.  The article is by Natasha Bertrand, is entitled "A Soviet military officer turned lobbyist attended the Trump Jr. meeting – and there may have been a 6th person, too", and is dated July 14, 2017.  Attached hereto is a true and correct copy of the Business Insider article as retrieved on November 27, 2018.  The article is also available at http://uk.businessinsider.com/donald-trump-jr-meeting-natalia-veselnitskaya-rinat-akhmetshin-2017-7?r=US&IR=T.

5. Attached hereto as **Exhibit D** by CD is a true and correct recording of the CBS News interview of July 18, 2017 that forms the basis of one of the challenged statements.  The interview is also available at https://www.cbsnews.com/news/bill-browder-donald-trump-jr-russian-lawyer-meeting/.

6. Attached hereto as **Exhibit E** is a true and correct copy of Foreign Agents Registration Act Complaint filed by Hermitage with the Department of Justice on July 15, 2016.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of November, 2018, in the District of Columbia.

By:   */s/ Melissa Shube*
Melissa Shube (D.D.C. Bar No. 241034)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, N.W.
Washington, D.C. 20005
Tel: (202) 237-2727
Fax: (202) 237-6131
mshube@bsfllp.com

*Attorney for Defendant William Browder*