UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RINAT AKHMETSHIN**,<br><br>       Plaintiff,<br><br>   v.<br><br>**WILLIAM BROWDER**,<br><br>       Defendant. | Case No. 1:18-cv-01638-EGS<br><br>**INDEX TO EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS** |

# DEFENDANT WILLIAM BROWDER'S INDEX TO EXHIBITS IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Pursuant to the Standing Order Governing Civil Cases Before Judge Emmet G. Sullivan, Defendant William Browder submits this index below in Support of Defendant's Motion to Dismiss. The Exhibits noted below are attached as exhibits to the Declaration of Melissa Shube in Support of Defendant's Motion to Dismiss.

| Exhibit | Date | Description |
|---------|------|-------------|
| A | 7/14/17 | Snapshot of Tweet posted by Mr. Browder with linked NBC News article by Ken Dilanian, Natasha Lebedeva and Hallie Jackson titled "Former Soviet Counterintelligence Officer at Meeting With Donald Trump Jr. and Russian Lawyer" attached. |
| B | 7/14/17 | Snapshot of Tweet posted by Mr. Browder with linked AP News article by Desmond Butler and Chad Day titled, "Russian-American lobbyist joined Trump's son's meeting, too" attached. |
| C | 7/14/17 | Business Insider Article by Natasha Bertrand titled, "A Soviet military officer turned lobbyist attended the Trump Jr. meeting – and there may have been a 6th person, too." |
| D | 7/18/17 | Mr. Browder's interview on CBS This Morning. File produced in native format on CD. |
| E | 7/15/16 | Foreign Agents Registration Act ("FARA") Complaint filed on July 15, 2016. |

Dated: November 30, 2018          By:     /s/ Melissa Shube
                                          Melissa Shube (D.D.C. Bar No. 241034)
                                          BOIES SCHILLER FLEXNER LLP
                                          1401 New York Avenue, N.W.
                                          Washington, D.C. 20005
                                          Tel: (202) 237-2727
                                          Fax: (202) 237-6131
                                          mshube@bsfllp.com

                                          *Attorney for Defendant William Browder*