UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RINAT AKHMETSHIN,<br><br>                     Plaintiff,<br><br>v.<br><br>WILLIAM BROWDER,<br><br>                     Defendant. | Case No. 18-01638 (EGS)<br><br>**<u>DECLARATION</u>** |

### DECLARATION OF MICHAEL TREMONTE IN OPPOSITION TO DEFENDANT WILLIAM BROWDER'S MOTION TO DISMISS

I, Michael Tremonte, declare as follows:

1. I am a partner of the law firm Sher Tremonte LLP and counsel of record for Rinat Akhmetshin in the above-captioned action. I was duly admitted *pro hac vice* in this matter on July 17, 2018, pursuant to Local Civil Rule 83.2(d).

2. Attached hereto as **Exhibit A** are excerpts from a true and accurate copy of the transcript of Rinat Akhmetshin's interview before the Senate Judiciary Committee of the United States Senate on November 14, 2017, which was downloaded from the Senate Judiciary Committee's website at https://www.judiciary.senate.gov/imo/media/doc/Akhmetshin%20 Transcript_redacted.pdf.

3. Attached hereto as **Exhibit B** are excerpts from a true and accurate copy of Bill Browder, *Red Notice* (2015).

4. Attached hereto as **Exhibit C** is a true and accurate copy of a screenshot of a Tweet posted by Defendant William Browder (@Billbrowder) on March 25, 2018, which is accessible at https://twitter.com/Billbrowder/status/978020508309557251.

1

5. Attached hereto on a CD as **Exhibit D** is a true and accurate copy of a video published by the Aspen Institute on July 27, 2018, at https://www.youtube.com/watch?v=MUGfrL9GyCM.

6. Attached hereto on a CD as **Exhibit E** is a true and accurate copy of a video published by the Hudson Institute on June 3, 2015, at https://www.youtube.com/watch?v=Y46RnEgU5Ck.

7. Attached hereto on a CD as **Exhibit F** is a true and accurate copy of a video published by the Aspen Institute on May 11, 2015, at https://www.youtube.com/watch?v=MZAtHN6tfBU.

8. Attached hereto as **Exhibit G** is a true and accurate copy of an article published by *The New Republic* on November 16, 2012, at https://newrepublic.com/article/110241/bill-browders-magnitsky-act-avenges-lawyers-death-russia. The article describes Defendant William Browder's presence at the Hay-Adams hotel in Washington, D.C.

9. Attached hereto as **Exhibit H** is a true and accurate copy of an article published by *BBC News* on December 10, 2013, at https://www.bbc.com/news/magazine-25190975. The article describes Defendant William Browder's sitting for an interview at a "Washington hotel."

10. Attached hereto as **Exhibit I** is a true and accurate copy of a website available at https://www.ned.org/events/the-struggle-for-russias-future-a-symposium-honoring-the-memory-of-boris-nemtsov/. The website describes Defendant William Browder's participation in a panel discussion entitled "The Struggle for Russia's Future" on April 30, 2015, at the National Endowment for Democracy in Washington, D.C.

11. Attached hereto as **Exhibit J** is a true and accurate copy of an interview of Defendant William Browder published by *The American Interest* on June 16, 2016, at

https://www.the-american-interest.com/2016/06/16/russias-plot-to-smear-magnitsky. The publication depicts Browder standing in front of a government building in Washington, D.C.

12. Attached hereto on a CD as **Exhibit K** is a true and accurate copy of a video interview posted by Fox News on July 26, 2017, at https://video.foxnews.com/v/5522719328001. Upon information and belief, Defendant William Browder sat in Washington, D.C. for this interview because he is seated in front of the U.S. Capitol Building.

13. Attached hereto on a CD as **Exhibit L** is a true and accurate copy of a video interview posted by CNBC on July 27, 2017, at https://www.cnbc.com/2017/07/27/trump-has-no-choice-but-to-accept-sanctions-against-russia-bill-browder.html. Upon information and belief, Defendant William Browder sat in Washington, D.C. for this interview because he is seated in front of the U.S. Capitol Building with the caption "Live Washington" above the frame.

14. Attached hereto as **Exhibit M** is a true and accurate copy of a screenshot of a Tweet posted by Defendant William Browder (@Billbrowder) on July 29, 2017, which is accessible at https://twitter.com/Billbrowder/status/891357598343196672.

15. Attached hereto on a CD as **Exhibit N** is a true and accurate copy of a video interview posted by CSPAN on April 27, 2018, at https://www.c-span.org/video/?444692-3/washington-journal-william-browder-discusses-us-russia-relations.

16. Attached hereto on a CD as **Exhibit O** is a true and accurate copy of a video interview posted by MSNBC on July 16, 2018, at https://www.youtube.com/watch?v=P1S2F5ZUgn4. Upon information and belief, Defendant William Browder sat in Washington, D.C. for this interview because he is seated in front of a "Kasie DC" backdrop, which indicates that he was seated in the Kasie DC studio, and the interviewer did not indicate that Browder was participating remotely from another location.

17. Attached hereto on a CD as **Exhibit P** is a true and accurate copy of a video interview posted by MSNBC on July 23, 2018, at https://www.youtube.com/watch?v=aEK89NmcDQU. Upon information and belief, Defendant William Browder sat in Washington, D.C. for this interview because he is seated in front of a "Kasie DC" backdrop, which indicates that he was seated in the Kasie DC studio, and the interviewer did not indicate that Browder was participating remotely from another location.

18. Attached hereto on a CD as **Exhibit Q** is a true and accurate copy of a video interview posted by MSNBC on August 27, 2018, at http://www.msnbc.com/ali-velshi/watch/russian-dissident-on-mccain-he-was-never-an-enemy-to-russia-or-its-people-1307466819836.

19. Attached hereto as **Exhibit R** is a true and accurate copy of an interview of Defendant William Browder published by *The American Interest* on November 5, 2018, at https://www.the-american-interest.com/2018/11/05/going-after-the-enablers/.

20. Attached hereto as **Exhibits S** and **T** are letters from the Washington, D.C. office of Kobre & Kim LLP, on behalf of Defendant William Browder, to NBC Universal dated April 27, 2016 and May 4, 2016, respectively. NBC Universal provided copies of these letters to Plaintiff Rinat Akhmetshin in May 2016. Akhmetshin, in turn, provided copies of these letters to Congressman Dana Rohrabacher, who then referenced Browder's threat to sue NBC Universal at a Markup before the House Committee on Foreign Affairs on May 18, 2016. Attached hereto as **Exhibit U** are excerpts from the transcript of the Markup, which is available in full at https://docs.house.gov/meetings/FA/FA00/20160518/104944/HMKP-114-FA00-Transcript-20160518.pdf. Representative Rohrabacher stated, in relevant part: "So let me just note that also Mr. Browder has, from what we are told, and there is evidence that indicates, that he has

4

threatened to sue NBC for a documentary that says something else than what he would like presented about this Magnitsky case." **Ex. U** at 81.

21.     Attached hereto as **Exhibit V** is a true and accurate copy of an article published by *Foreign Policy* on June 10, 2016, at https://foreignpolicy.com/2016/06/10/millionaire-tries-to-shut-down-screening-of-documentary-claiming-to-tell-the-true-story-of-russias-missing-230-million-putin-sergei-magnitsky-bill-browder/.

22.     Attached hereto as **Exhibit W** is a true and accurate copy of a photograph published by the *Daily Mail* on February 7, 2015, at https://www.dailymail.co.uk/news/article-2943966/Putin-s-vengeance-Murder-corruption-dead-man-trial-one-man-rose-Russia-s-wanted-list-daring-stand-country-s-president.html.

23.     Attached hereto as **Exhibit X** is a true and correct copy of an article published by *Hollywood on the Potomac* at https://hollywoodonthepotomac.com/?p=40473. Page six includes a photograph of Defendant William Browder in Washington, D.C.

24.     Attached hereto as **Exhibit Y** is a true and accurate copy of a screenshot from an article published by *Newsweek* on November 19, 2018, at https://www.newsweek.com/russia-american-bill-browder-poisoning-lawyer-putin-1221857. The article contains a photograph of Defendant William Browder, which is captioned: "William 'Bill' Browder, a hedge fund manager and human rights activist, arrives at the Washington National Cathedral for the funeral service for the late Senator John McCain, in Washington, D.C., on September 1."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 31, 2018.

                                        */s/ Michael Tremonte*
                                        Michael Tremonte