# Exhibit T

# KOBRE & KIM LLP

1919 M STREET, NW
WASHINGTON, DC 20036
WWW.KOBREKIM.COM

TEL +1 202 664 1900
FAX +1 202 664 1920

NEW YORK
LONDON
HONG KONG
SEOUL
WASHINGTON DC
SAN FRANCISCO
MIAMI
CAYMAN ISLANDS
BVI

May 4, 2016

**BY EMAIL**

Kimberley D. Harris, General Counsel, NBC Universal
David Sternlicht, Vice President, Media Law, NBC Universal
NBC Universal
30 Rockefeller Plaza
New York, NY 10112

Re:   Reporter Ken Dilanian's Article re: Sergei Magnitsky

Dear Ms. Harris:

We write on behalf our client, William Browder. In our letter dated April 27, 2016, we raised concerns about Ken Dilanian's investigation of false and inflammatory allegations against our client and the late Sergei Magnitsky. In light of these concerns, we asked NBC to remove Mr. Dilanian from further work on the story until someone else at NBC could conduct a thorough, independent factual investigation.

On April 28, 2016, we received a phone call from NBC attorney David Sternlicht, who informed us that Mr. Dilanian would delay the publication deadline and continue his investigation by following up with our client with further questions. The next day, Mr. Dilanian sent our client another list of questions similar to those he had previously asked, which appear to reflect the same investigative deficiencies and bias highlighted in our April 27 letter.

We are writing again to urge NBC to assign a reporter with an expertise in Russian affairs to oversee Mr. Dilanian's investigation and to conduct a thorough factual review of his story.

Proper coverage of Russian affairs is particularly difficult, and requires a sophisticated reporter who is familiar with the complexities of investigating a story in which facts are heavily politicized and influenced by state-sponsored sources. Mr. Dilanian's work on this story thus far suggests that he has a lack of experience in covering Russian affairs, and raises serious doubts about his capacity to conduct an independent investigation and produce an

May 4, 2016
Page 2

article that is not unfairly biased against our client. We think assigning a neutral and experienced reporter to oversee this story is particularly appropriate in light of Mr. Dilanian's history of permitting his close relationships with sources to shape the content of his reporting and compromise his objectivity.

The allegations against our client involve one of the most politically and financially complex frauds and official corruption scandals in recent Russian history. A journalist experienced in covering Russian affairs would understand that responsible coverage of such a politically-fraught story—involving allegations of official corruption, assassination of a whistleblower, and the machinations of a state-sponsored propaganda regime—requires astute skepticism of the political motivations of sources, a shrewd ability to distinguish between fact and fiction, and an understanding of the widely-recognized role of state-sponsored propaganda under the Putin regime. Mr. Dilanian does not appear to grasp the hazard of relying on sources with political motivations or the need to exercise a healthy degree of skepticism concerning the credibility of "official" reports and statements produced in the context of a heavily politicized subject. Perhaps even more concerning, his correspondence with Mr. Browder demonstrates repeated efforts to advance a narrative designed to impugn Mr. Browder's credibility, and an apparent unwillingness to acknowledge the relevance of documents and facts that contradict that narrative. Indeed, several of his questions raise serious doubts as to whether he has even read the source documents Mr. Browder has repeatedly sent to him.

The Russian government's interest in discrediting Mr. Browder has grown as this dispute has gained international attention and led to foreign policy implications: in 2012, the scandal led to the passage of U.S. sanctions against Russian officials allegedly involved in the suspected extrajudicial killing and similar human rights abuses, and to President Putin's subsequent retaliatory passage of a ban on American adoptions of Russian children.[1] The Russian government's effort to dispute these allegations of human rights abuses has included attempts to discredit Mr. Browder, who has waged a campaign for justice on behalf of the whistleblower, Sergei Magnitsky, and lobbied extensively for the U.S. sanctions. Indeed, Mr. Browder has been the subject of numerous attacks by Russian state-sponsored media, including most recently a documentary, *The Browder Effect*, that accuses Mr. Browder of being a CIA operative and relies on sources with close ties to the Kremlin.[2]

As we stated in our earlier letter, the story Mr. Dilanian intends to publish on behalf of NBC goes to the heart of our client's character, and the questions he has asked thus far suggest that

---

[1] *See, e.g.*, http://www.bbc.com/news/world-europe-20626960; https://www.washingtonpost.com/news/worldviews/wp/2014/03/03/the-man-behind-the-magnitsky-act-explains-why-now-is-the-time-to-go-after-the-russian-elites-assets/; http://thehill.com/blogs/pundits-blog/international/252636-global-magnitsky-act-is-a-human-rights-paradigm-shift; http://www.reuters.com/article/us-russia-usa-adoptions-putin-idUSBRE8BQ06K20121228

[2] *See* http://www.thedailybeast.com/articles/2016/04/24/former-top-u-k-spy-now-works-for-team-putin-and-a-mobbed-up-russian-lawyer.html

May 4, 2016
Page 3

his article would be gravely defamatory and will also profoundly affect Mr. Magnitsky's family. Given the significant political and personal implications of this story, we urge NBC to take action to ensure any coverage of the allegations against our client is fair, accurate and unbiased.  As we noted in our letter on April 27, our client has already begun legal proceedings in Europe in relation to the false allegations Mr. Dilanian plans to report on, which have been characterized as "false," "untrue," and "flatly incorrect" by the U.S. Department of Justice in its court papers.  We respectfully request that you work with us to prevent the damages that would flow from publication of any such false allegations.

Sincerely,

*Rachel E. Goldstein*

Rachel E. Goldstein
+1 202 664 1965