## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

RINAT AKHMETSHIN,

                           Plaintiff,

      v.

WILLIAM BROWDER,

                     Defendant.

Case No. 18-01638 (EGS)

**INDEX OF EXHIBITS**

Pursuant to the Standing Order Governing Civil Cases Before Judge Emmet G. Sullivan,

Plaintiff Rinat Akhmetshin submits this Index of Exhibits attached to the Declaration of Michael

Tremonte.

| Exhibit | Description |
|---|---|
| A | Excerpts of transcript of Rinat Akhmetshin's interview before the Senate Judiciary Committee, U.S. Senate, on November 14, 2017 |
| B | Excerpts of Bill Browder, *Red Notice* (2015) |
| C | Tweet posted by Defendant on March 25, 2018 |
| D | Video published by the Aspen Institute on July 27, 2018 |
| E | Video published by the Hudson Institute on June 3, 2015 |
| F | Video published by the Aspen Institute on May 11, 2015 |
| G | Article published by *The New Republic* on November 16, 2012 |
| H | Article published by *BBC News* on December 10, 2013 |
| I | Event schedule for the National Endowment for Democracy's panel discussion entitled "The Struggle for Russia's Future" |
| J | Article published by *The American Interest* on June 16, 2016 |
| K | Video published by *Fox News* on July 26, 2017 |
| L | Video published by *CNBC* on July 27, 2017 |
| M | Tweet posted by Defendant on July 29, 2017 |
| N | Video published by *CSPAN* on April 27, 2018 |
| O | Video published by *MSNBC* on July 16, 2018 |
| P | Video published by *MSNBC* on July 23, 2018 |
| Q | Video published by *MSNBC* on August 27, 2018 |
| R | Article published by *The American Interest* on November 5, 2018 |
| S | Letter from Kobre & Kim LLP to NBC Universal dated April 27, 2016 |
| T | Letter from Kobre & Kim LLP to NBC Universal dated May 4, 2016 |
| U | Excerpts of transcript of the Markup before the Committee on Foreign Affairs, House of Representatives, on May 18, 2016 |
| V | Article published by *Foreign Policy* on June 10, 2016 |

| Exhibit | Description |
|---------|-------------|
| W | Photograph published by the *Daily Mail* on February 7, 2015 |
| X | Article published by *Hollywood on the Potomac* |
| Y | Article published by *Newsweek* on November 19, 2018 |

Dated:  New York, New York
        January 31, 2019

      /s/ Michael Tremonte
      Michael Tremonte (*pro hac vice*)
      Michael W. Gibaldi (*pro hac vice*)
      SHER TREMONTE LLP
      90 Broad Street, 23rd Floor
      New York, New York 10004
      (212) 202-2600
      mtremonte@shertremonte.com
      mgibaldi@shertremonte.com

      Kim Sperduto (D.C. Bar No. 416127)
      SPERDUTO THOMPSON & GASSLER PLC
      1747 Pennsylvania Avenue, N.W., Suite 1250
      Washington, D.C. 2006
      (202) 408-8900
      ksperduto@stglawdc.com

      *Attorneys for Plaintiff Rinat Akhmetshin*