IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RINAT AKHMETSHIN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM BROWDER,<br><br>　　　　　　Defendant. | Case No. 1:18-cv-01638-EGS |

**DEFENDANT WILLIAM BROWDER'S RESPONSE TO JUDGE SULLIVAN'S MARCH 12, 2019 SEALED MINUTE ORDER**

　　On March 12, 2019, the Court issued a Sealed Minute Order granting in part Defendant William Browder's Motion to File *Red Notice* Book Sales Under Seal. In the Minute Order, the Court directed Mr. Browder to file redacted versions of the Reply in Support of his Motion to Dismiss, the Declaration of Ivan Cherkasov, and Exhibit A publicly. Mr. Browder filed redacted versions of the Reply, the Declaration, and Exhibit A on the public docket on February 14, 2019. *See* Redacted Reply in Support of Defendant William Browder's Motion to Dismiss the Complaint, ECF No. 26. In accordance with the Court's Sealed Minute Order, the redactions in the Reply, the Declaration, and Exhibit A filed on February 14, 2019 are necessary to preserve commercially sensitive and proprietary information and have been made solely to the extent necessary to preserve the confidentiality of that information. As described in the Motion to File *Red Notice* Book Sales Under Seal and the Reply in Support of that Motion, Exhibit A—which contains confidential and proprietary sales data from Simon & Schuster—is redacted in its entirety and *only* the specific references to the sales data in the Reply and the Declaration have been redacted (which amounts to a single redaction in each of the Declaration and the Reply).

- 2 -

Dated: March 14, 2019

                                              Respectfully submitted,

                                              /s/ Michael J. Gottlieb
                                              Michael J. Gottlieb (D.D.C. Bar No. 974960)
                                              Syeda Mehveen Riaz (D.D.C. Bar No. 1030021)
                                              Stephanie L. Klock (D.D.C. Bar No. 1033586)
                                              WILLKIE FARR & GALLAGHER LLP
                                              1875 K Street, N.W.
                                              Washington, D.C.  20006
                                              Telephone: (202) 303-1000
                                              Fax: (202) 303-2000
                                              E-mail: mgottlieb@willkie.com

                                              *Counsel for Defendant William Browder*