**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RINAT AKHMETSHIN,<br><br>             Plaintiff,<br><br>v.<br><br>WILLIAM BROWDER,<br><br>             Defendant. | No. 18-cv-1638 (EGS) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion to Dismiss for lack of personal jurisdiction, ECF No. 20, is **GRANTED**; and it is further

**ORDERED** that Defendant's Special Motion to Dismiss under the District of Columbia's Anti-Strategic Lawsuits Against Public Participation Act, ECF No. 19, is **DENIED**; and it is further

**ORDERED** that Plaintiff's request for jurisdictional discovery is **DENIED**; and it is further

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for lack of personal jurisdiction.

**SO ORDERED.**

**Signed:    Emmet G. Sullivan**
**            United States District Judge**
**            September 16, 2019**