AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Rinat Akhmetshin | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 18 Civ. 1638 (EGS) |
| William Browder | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Rinat Akhmetshin                          .

Date:   01/06/2021                         /s/Alexandra Elenowitz-Hess
                                           *Attorney's signature*

                                           Alexandra Elenowitz-Hess
                                           *Printed name and bar number*
                                           Sher Tremonte LLP
                                           90 Broad Street, 23rd Floor
                                           New York, NY 10004

                                           *Address*

                                           ahess@shertremonte.com
                                           *E-mail address*

                                           (212) 202-2600
                                           *Telephone number*

                                           (212) 202-4156
                                           *FAX number*